UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA NICHOLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. _____ |
| VS. | ) |
| | ) |
| BODUM USA, INC. and BURLINGTON STORES, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

**TO: The Chief Judge and Judges of the United States District Court for the District of Connecticut**

The defendants, Bodum USA, Inc. ("Bodum") and Burlington Stores, Inc. ("Burlington"), file this Notice of Removal of the captioned action from the Superior Court, Judicial District of Stamford-Norwalk at Stamford, State of Connecticut, to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. § 1446. In support of its Notice of Removal, Bodum and Burlington state:

1. On April 30, 2019, Bodum was served with the plaintiff's Summons (attached as Exhibit A) and Complaint (attached as Exhibit B) via hand-delivery on its Chief Executive Officer, Kasper Himmelstrup. *See also* Return of Service on Bodum USA, Inc. (attached as Exhibit C).

2. On April 26, 2019, Burlington was served with the plaintiff's Summons (attached as Exhibit D) and Complaint via the Corporation Trust Company.

3. On May 15, 2019 the plaintiff filed her Complaint in Connecticut State Court.

4.  The plaintiff alleges that she is a resident of New Canaan, Connecticut and therefore is a citizen of Connecticut. *See* Exhibit B at ¶ 1.

5.  The defendant, Bodum USA, Inc., is a Delaware corporation with its principal place of business in New York, New York.

6.  The defendant, Burlington Stores, Inc., is a Delaware corporation with its principal place of business in Burlington, New Jersey.

7.  Federal jurisdiction exists pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between the plaintiff and the defendants and the amount in controversy, exclusive of interest and costs, exceeds $75,000. The action is removable pursuant to 28 U.S.C. § 1441(b) because none of the defendants is a citizen of Connecticut.

8.  The amount in controversy exceeds $75,000, exclusive of interests and costs, due to the seriousness of the plaintiff's alleged injuries and damages. Where the plaintiff has not pled a specific amount of damages, the amount in controversy requirement is satisfied when the defendant has shown by a preponderance of the evidence that the amount in controversy exceeds $75,000 based on the seriousness of the plaintiff's claimed injuries and damages. 28 U.S.C. § 1446(c)(2)(B). Here, the plaintiff's Complaint does not contain an *ad damnum* or claim for any monetary amount; however, she alleges that she sustained "extensive burns, scarring, and pain and suffering." Exhibit B at ¶ 14. Therefore, the jury in this case will be asked to value not just the plaintiff's alleged medical expenses, but also her pain and suffering and the impact the accident has had on her life and activities. *See Whitaker v. Am. Telecasting, Inc.*, 261 F.3d 196, 205–06 (2d. Cir. 2001) ("A case is removable when the initial pleading 'enables the defendant to intelligently ascertain removability from the face of such pleading so that in its petition for

removal, the defendant can make a short and plain statement of the grounds for removal as required by 25 U.S.C. § 1446(a).'" (internal quotation marks and brackets omitted)).

11. This Notice of Removal has been filed within thirty (30) days of Bodum and Burlington receiving notice of the Summons and Complaint.

12. All defendants consent to this Notice of Removal.

13. Copies of all process, pleadings and orders received by the removing defendant are attached hereto as Exhibits A–D.

14. A stamped copy of this Notice of Removal will be promptly filed with the clerk of the Superior Court, Judicial District of Stamford-Norwalk at Stamford, State of Connecticut, and served on the plaintiff pursuant to 28 U.S.C. § 1446(d).  A copy of the Notice of Removal to the Stamford-Norwalk Superior Court (without attachments) to be filed and served is attached as Exhibit D.

15. The Civil Action Cover Sheet is attached hereto as Exhibit E.

WHEREFORE, the defendants, Bodum USA, Inc. and Burlington Stores, Inc., request removal of the captioned action from the Superior Court, Judicial District of Stamford-Norwalk at Stamford, State of Connecticut, to the United States District Court for the District of Connecticut.

Dated: May 24, 2019

        **BODUM USA, INC. and BURLINGTON STORES, INC.**

        By their Attorneys,

        CAMPBELL CONROY & O'NEIL, P.C.

        /s/ Jacob J. Lantry

        _____
        James M. Campbell (Juris # 09276)
        Jacob J. Lantry (Juris # 30072)
        One Constitution Wharf, Suite 310
        Boston, MA 02129
        Tel:   (617) 241-3000
        Fax:  (617) 241-5115

## CERTIFICATE OF SERVICE

On May 24, 2019, I, Jacob J. Lantry, filed electronically and served by mail on anyone unable to accept electronic filing the foregoing document. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    Anthony Alan Sheffy
    Sheffy, Mazzaccaro, DePaolo & DeNigris, LLP
    166 North Main Street
    Southington, CT 06489

                /s/ Jacob J. Lantry_____
                Jacob J. Lantry