UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA NICHOLS : | |
| : | |
| v. : | NO. 3:19-cv-803-VLB |
| : | |
| BODUM USA, INC. and BURLINGTON : | |
| STORES, INC. : | |

## JUDGMENT OF DISMISSAL

This action having come before the Court on defendants' motion to dismiss for failure to prosecute before the Honorable Vanessa L. Bryant, United States District Judge; and

The Court having considered the full record of the case including applicable principles of law and having issued an order granting defendants' motion without costs or fees to either party, and without prejudice to plaintiff moving to re-open the case within twenty-one days or the dismissal will convert to one with prejudice; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing this case.

Dated at Hartford, Connecticut, this 26th day of November, 2019.

ROBIN D. TABORA, Clerk

By  /S/ Jeremy J. Shafer
    Jeremy Shafer
    Deputy Clerk

EOD: 11/26/2019